UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PIEDMONT ENGINEERS OF THE
CAROLINAS, P.C., a North
Carolina corporation,

        NO. CIV. S-03-99 LKK/KJM

      Plaintiff,

  v.

STEVEN SEIDENGLANZ, individually
and dba S&S INVESTMENTS; KERRY       O R D E R
SEIDENGLANZ, an individual; S&S
INVESTMENTS, a business entity; and
LOUISIANA-PACIFIC CORPORATION, a
Delaware corporation,

      Defendants.
                           /
AND RELATED COUNTER-CROSS-
CLAIMS.
                           /

    On March 14, 2005, the court ordered counter-defendant's counsel to show cause why she failed to appear at a Status Conference scheduled for March 7, 2005.

////

////

////

1

The court is in receipt of counsel's response to the order. The order to show cause is DISCHARGED.

IT IS SO ORDERED.

DATED: April 18, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT