UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PIEDMONT ENGINEERS OF THE
CAROLINAS, P.C., a North
Carolina corporation,

                            NO. CIV. S-03-99 LKK/KJM

        Plaintiff,

    v.

STEVEN SEIDENGLANZ, individually
and dba S&S INVESTMENTS; KERRY
SEIDENGLANZ, an individual; S&S
INVESTMENTS, a business entity; and
LOUISIANA-PACIFIC CORPORATION, a
Delaware corporation,

        Defendants.
                           /
AND RELATED COUNTER-CROSS-
CLAIMS.
                           /

**ORDER RE: DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

    The court is in receipt of a stipulation from the parties

seeking to continue the hearing on Louisiana Pacific's motion for

summary adjudication.  In that stipulation the parties inform the

court that they have reached a settlement in the above-captioned

case.

1

1   The court now orders that the dispositional documents

2  disposing of the case be filed no later than sixty (60) days from

3  the effective date of this order.

4   All hearing dates heretofore set in this matter, including

5  hearing on LP's motion for summary adjudication, currently set for

6  August 29, 2005, are hereby **VACATED.**

7   <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>

8  <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>

9  <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

10   IT IS SO ORDERED.

11   DATED:  August 10, 2005.

12

13                              <u>/s/Lawrence K. Karlton</u>
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
14                              UNITED STATES DISTRICT COURT

15

16

17

18

19

20

21

22

23

24

25

26

                                    2