UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PIEDMONT ENGINEERS OF THE
CAROLINAS, P.C., a North
Carolina corporation,

        NO. CIV. S-03-99 LKK/KJM

    Plaintiff,

  v.

STEVEN SEIDENGLANZ, individually
and dba S&S INVESTMENTS; KERRY         O R D E R
SEIDENGLANZ, an individual; S&S
INVESTMENTS, a business entity; and
LOUISIANA-PACIFIC CORPORATION, a
Delaware corporation,

    Defendants.
                         /
AND RELATED COUNTER-CROSS-
CLAIMS.
                         /

    The court is in receipt of (1) defendant Louisiana-Pacific Corporation's Request for Order of Dismissal and; (2) plaintiff Piedmont Engineers of the Carolinas' Request for Order of Dismissal. Upon review of the papers, the court finds that the two separate stipulations amount to a request for dismissal of the action in its entirety.

1

1 | Under terms the court finds equitable, the case is DISMISSED
2 | with prejudice, pursuant to Fed. R. Civ. P. 41.
3 | IT IS SO ORDERED.
4 | DATED: October 11, 2005.

```
                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
```